IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED 07 MAR '12 16:48 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cr-00107-BR |
| v. | INDICTMENT |
| CHRISTOPHER COOL WILMER, and<br>LATANISHA ("Tay") BOOKER,<br><br>Defendants. | 18 U.S.C. §§ 2, 1591(a)(1), (a)(2), (b)(2)<br>18 U.S.C. §§ 1594(a) and (c)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. §§ 2423(a) and (e)<br>18 U.S.C. §§ 1512(a)(2)(c) and (a)(3)<br>18 U.S.C. §§ 1513(b)(2) and (c)<br>18 U.S.C. § 2428 |

**\*\*UNDER SEAL\*\***

THE GRAND JURY CHARGES:

COUNT 1
Sex Trafficking of a Child
18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), 1594(a)

Beginning about January 2012, and continuing through about March 2012, in the District of Oregon and State of Washington, defendant **CHRISTOPHER COOL WILMER**, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a female person known as "N.B."; and did benefit, financially or by receiving anything of value, from participation in a venture engaged in the recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person known as "N.B.", while knowing, and in reckless disregard of the fact that, "N.B." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), (a)(2) and (b)(2), and 1594(a) and (c).

## COUNT 2
### Coercion and Enticement of a Minor
### 18 U.S.C. § 2422(b)

Beginning about January 2012, and continuing through about March 2012, in the District of Oregon, defendant **CHRISTOPHER COOL WILMER**, did use a facility and means of interstate commerce, including the internet, railroad, and cellular telephones, to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice and coerce a 16 year old girl, identified as "N.B.", to engage in prostitution and sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2422(b).

## COUNT 3
### Transportation of a Minor
### 18 U.S.C. §§ 2423(a), 2423(e)

On or between January 2012, and February 21, 2012, in the District of Oregon and elsewhere, **CHRISTOPHER COOL WILMER** and **LATANISHA BOOKER ("Tay")**, defendants herein, did knowingly transport and conspire to transport "N.B.", a female under the age of 18, in interstate commerce from the State of Washington to the State of Oregon, with the intent that "N.B." engage in prostitution, all in violation of Title 18, United States Code, Sections 2, 2423(a) and 2423(e).

## COUNT 4
### Mann Act
### 18 U.S.C. § 2421

On or about February 12, 2012, in the District of Oregon, defendant **CHRISTOPHER COOL WILMER** did knowingly transport "K.W." in interstate commerce from the State of Oregon to the State of Washington, while having the intent that "K.W." engage in prostitution or

Page 2 - INDICTMENT, *U.S. v. Wilmer et. al.*

in any sexual activity for which any person could be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2421.

### COUNT 5
### Witness Tampering
### 18 U.S.C. § 1512(a)(2)(c)

On or about February 29, 2012, in the District of Oregon, defendant **LATANISHA BOOKER** ("**Tay**") knowingly used physical force and the threat of physical force against the person of K.W., with the intent to hinder, delay, or prevent the communication of information about the commission or possible commission of a Federal offense to a law enforcement officer or judge of the United States, all in violation of Title 18, United States Code, Sections 1512(a)(2)(c) and 1512(a)(3).

### COUNT 6
### Retaliating Against a Witness
### 18 U.S.C. § 1513(b)(2)

On or about February 29, 2012, in the District of Oregon, defendant **LATANISHA BOOKER** ("**Tay**") knowingly engaged in conduct thereby causing and threatening to cause bodily injury to K.W. with the intent to retaliate against K.W. for giving information relating to the commission or possible commission of a Federal offense to a law enforcement officer, all in violation of Title 18, United States Code, Sections 1513(b)(2) and 1513(c).

### CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts 1 through 4 herein, **CHRISTOPHER COOL WILMER** and **LATANISHA ("Tay") BOOKER**, defendants herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such

violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations

DATED this ___7___ day of March 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney