S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #05203**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 717-1117
Attorneys for United States of America

FILED 14 MAR '12 9:51 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00107-BR |
| v. | MOTION TO UNSEAL CASE |
| CHRISTOPHER COOL WILMER et. al., | |
| **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon and through Assistant United States Attorney Leah K. Bolstad (AUSA), moves this Court for an order unsealing the above listed matter

Dated this 14th day of March 2012.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

_____
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney