RECVD 14 MAR '12 9 51 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00107-BR |
| v. | ORDER TO UNSEAL CASE |
| CHRISTOPHER COOL WILMER, | |
| Defendant | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that this case be unsealed.

DATED this 14 day of March 2012.

_____
The Honorable Anna J. Brown
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

_____
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney