ORIGINAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

### District of Oregon

FILED 21 MAR '12 17:02 USDC-ORP

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | UNDER SEAL |
| | ) | Case No.   3:12-cr-00107-01-BR |
| CHRISTOPHER COOL WILMER | ) | |
| Defendant | ) | |

RECEIVED UNITED STATES MARSHAL
12 MAR -9 PM 1:52
PORTLAND, OREGON

AMENDED
**ARREST WARRANT**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER COOL WILMER                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

SEX TRAFFICKING OF A CHILD

COERCION AND ENTICEMENT OF A MINOR

TRANSPORTATION OF A MINOR

MANN ACT

Date:   03/08/2012

*Issuing officer's signature*

City and state:   Portland, Oregon                                                                Kathi Wright, Deputy Clerk
                                                                                                *Printed name and title*

3.19.12

**Return**   writ fm co
                                                                                                Pierce co

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*   Arrested By _____ .

Date: _____    U.S. Marshal   By _____

                                                                                                *Arresting officer's signature*

                                                                                                *Printed name and title*