IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-CR-00107-BR-1 |
| Plaintiff, | |
| | ORDER |
| v. | |
| CHRISTOPHER COOL WILMER, | |
| Defendant. | |

Based upon the uncontradicted facts set forth at the April 3, 2012 Status Conference, the Court has evaluated the need for the requested continuance for a delay of approximately 90 days, and finds:

Defendant is charged in a four-count Indictment with Sex Trafficking of a Child in violation of 18 U.S.C. §§ 2, 1591(a)(1), (a)(2), (b)(2) and 1594(a) and (c); Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b); Transportation of a Minor in violation of 18 U.S.C. §§ 2, 2423(a) and 2423(e); and Mann Act in violation of 18 U.S.C. § 2421. He was detained by Order of Detention signed March 21, 2012. This is defendant's first request for a continuance.

Defendant seeks the continuance for the purposes of (a) completing investigation into and legal analysis of the facts of the case; (b) completing the discovery process; and (c) consultation

Page 1 - ORDER

between Defendant and his counsel regarding the case. It is necessary for these matters to be addressed before the case can be resolved by trial or otherwise.

The Government does not object to the requested continuance.

The Court finds that 90 days is a reasonable time period to accomplish all of the necessary purposes identified in the motion and supporting documentation. Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court also finds the ends of justice outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant the requested continuance is likely to result in a miscarriage of justice (§3161(h)(7)(B)(i)) and likely would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (§3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** the Motion to Continue Trial Date and resets the Jury Trial (4 days) from 04/17/2012 to 07/24/2012 at 9:00 am before Judge Anna J. Brown. The Court finds the period of time between 04/17/2012 and 07/24/2012 is excludable for purposes of the Speedy Trial Act.

IT IS SO ORDERED.

Dated: April 3, 2012

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge