UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00107-01-BR |
| v. | ORDER FOR RESTITUTION |
| CHRISTOPHER COOL WILMER, | |
| Defendant | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the defendant Wilmer be held jointly and severally liable with codefendant Booker for the $574.00 in restitution ordered on the record at sentencing (CR 182) and reiterated in the order filed November 25, 2013 (CR 187).

DATED this 28th day of January 2014.

_____
The Honorable Anna J. Brown
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney